Shannon R. Wall (State Bar No. 026394)
3619 E. Edna Drive
Gilbert, Arizona 85296
Telephone: (480) 231-1643
srawall@msn.com
*Pro Per Creditor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| DAVID EDWARD WALL, | No. 2:09-bk-13942-GBN |
| Debtor. | |
| SHANNON R. WALL, | **MOTION FOR RELIEF FROM THE AUTOMATIC STAY RE: DISSOLUTION OF MARRIAGE** |
| Movant, | |
| vs. | |
| DAVID EDWARD WALL, Debtor, and MAUREEN GAUGHAN, Chapter 7 Trustee, | |
| Respondents. | |

Shannon R. Wall ("Movant"), a creditor in the above-captioned Chapter 7 proceeding, pursuant to 11 U.S.C. §362(d) and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure, hereby moves this Court for an Order lifting all stays and injunctions, including the automatic stay under Bankruptcy Code §362(a).

This Motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference and the record of this case.

Dated this 10th day of August, 2009.

SHANNON R. WALL

By *(signature)*
Shannon R. Wall
3619 E. Edna Drive
Gilbert, Arizona 85296
*Pro Per Creditor*

## MEMORANDUM OF POINTS AND AUTHORITIES

A. FACTUAL BACKGROUND AND ALLEGATIONS

1. The Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code, on or about July 8, 2009.

2. The Court has jurisdiction in this matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b).

3. An action is pending dissolution matter, FC 2008-093770, in the Maricopa County Superior Court, in which Movant herein is petitioner and Debtor herein is Respondent. This matter was filed on September 26, 2008 and Debtor was served with Petition for Dissolution on November 28, 2008.

4. Movant and Debtor entered a binding agreement resolving all issues in the dissolution matter at an Alternative Dispute Resolution conference on June 11, 2009.

B. BASIS FOR STAY RELIEF

Case 2:09-bk-13942-GBN    Doc 16    Filed 08/11/09    Entered 08/12/09 12:06:42    Desc
Main Document    2 Page 2 of 3
08/12/2009

Under §362(b)(2)(A)(iv), Movant is entitled to relief from the automatic stay on the basis that the filing of the petition does not operate as a stay for the dissolution of marriage, except to the extent that such proceedings seek to determine the division of property that is property of the estate. All property has been divided. Movant is in possession of her sole and separate property and approximately ½ of the community assets. Debtor is in possession of his sole and separate property and approximately ½ of the community assets.

In addition, the entry of the decree of dissolution will not affect the Debtor's bankruptcy case.

C. CONCLUSION

For the foregoing reasons, Movant requests that, pursuant to 11 U.S.C. §362(d), the Court grant relief from the automatic stay imposed by §362(a), to allow Movant to exercise her rights in family court, pursuant to the decree for dissolution, and for such other relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this 10th day of August, 2009

SHANNON R. WALL

By *Shannon Wall*
Shannon R. Wall
3619 E. Edna Drive
Gilbert, Arizona 85296
*Pro Per Creditor*