**ORDERED ACCORDINGLY.**

Dated: September 15, 2009



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Shannon R. Wall (State Bar No. 026394)
3619 E. Edna Drive
Gilbert, Arizona 85296
Telephone: (480) 231-1643
srawall@msn.com
*Pro Per Creditor*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| DAVID EDWARD WALL, | No. 2:09-bk-13942-GBN |
| Debtor. | |
| SHANNON R. WALL, | **STIPULATED ORDER FOR RELIEF FROM THE AUTOMATIC STAY RE: DISSOLUTION OF MARRIAGE** |
| Movant, | |
| vs. | |
| DAVID EDWARD WALL, Debtor, and MAUREEN GAUGHAN, Chapter 7 Trustee, | |
| Respondents. | |

Movant's Notice of Filing Motion for Relief from Automatic Stay, Motion for Relief from the Automatic Stay and proposed form of Order having been duly served upon Respondents, Debtor's counsel, and other interested parties;

David Edward Wall having filed a limited objection to the form of order, there being no other objection to the Motion, Edward Wall's objection to the form of order having been resolved by agreement, and good cause appearing;

IT IS THEREFORE ORDERED that any and all stays and injunctions, including the automatic stay of 11 U.S.C. § 362(a), are hereby vacated to allow Movant and Debtor to pursue their rights in Maricopa County Superior Court to obtain a decree of dissolution pursuant to state law, and to allow the Maricopa County Superior Court to enter any and all orders necessary or appropriate in said dissolution proceeding.

DATED: _____

_____
Judge of the U.S. Bankruptcy Court

Approved as to form and content:

*/s/ Shannon Wall, 026394*
Shannon Wall, Movant

*/s/ Kevin J. Rattay, 011057*
Kevin J. Rattay
Attorney for Ed Wall