Kevin J. Rattay (011057)
Kevin J. Rattay PLC
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Tel: (602) 248-1066
Fax: (602) 297-5066
Email: kjr@rattaylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

DAVID EDWARD WALL,

Debtor.

In proceedings under Chapter 7

Case No. 2:09-bk-13942-GBN

**AMENDMENT TO SCHEDULE B AND STATEMENT OF FINANCIAL AFFIARS**

The Schedule B previously filed in this case is amended to add the following property:

| PROPERTY | VALUE |
|---|---|
| Power Tools (Pressure washer, angle grinder, saws all, table saw, drill, nail gun, senco gun, circular saw, wire fed welder, chop saw) | $600.00 |
| Golf Clubs (Ping clones) | $ 50.00 |

The Statement of Financial Affairs, Other Transfers (Question 10) is amended as follows:

| TRANSFEREE | DATE | PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Unknown | May, 2009 | Golf clubs (won in raffle) $500.00 |

I declare under penalty of perjury that the foregoing amendment is true and accurate to the best of my knowledge, information and belief.

Dated: ~~August~~ 9, 2009
Dec 9

*David Edward Wall*
Debtor

COPY of the foregoing mailed
this 11th day of ~~August,~~ 2009 to:
December

Maureen Gaughan
P.O. Box 6729
Chandler, AZ 85246

Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

/s/ Kari LoBianco